IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) |
| | ) 1:20 CR 055 |
| v. | ) CASE NO. _____ |
| | ) Title 18, United States Code, |
| AMIRA M. JOSEPH, | ) Section 641 |
| | ) |
| Defendant. | ) JUDGE GAUGHAN |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The United States Attorney charges:

From in or around November 2002 and continuing until in or around March 2018, in the Northern District of Ohio, Eastern Division, Defendant AMIRA M. JOSEPH, in a continuing course of conduct, willfully and knowingly did steal, purloin, and convert to her own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the United States Social Security Administration, an agency of the United States, to wit: Title XVI Supplemental Security Income benefits, in the amount of approximately $122,260, in violation of Title 18, United States Code, Section 641.

JUSTIN E. HERDMAN
United States Attorney

By: *[signature]*
EDWARD F. FERAN
Chief, General Crimes Unit